AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Andrea Brooks
*Plaintiff(s)*

v.

New Hampshire Family Court
William A. D'Errico Jr.
*Defendant(s)*

Civil Action No. 17CV40049-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
New Hampshire Family Court 9th Circuit Merrimack
4 Baboosic Lake Road
Merrimack NH 03054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

Date: 4/24/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **New Hampshire family Court**
was received by me on *(date)* **May 1, 2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Certified US Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **May 2, 2017**

*Server's signature*

**Andrea Brooks (pro se)**
*Printed name and title*

**96 Old County Road Winchendon MA 01475**
*Server's address*

Additional information regarding attempted service, etc:

Case 4:17-cv-40049-TSH   Document 6   Filed 05/04/17   Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FILED
IN CLERKS OFFICE

2017 MAY -4  A 11: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

9590 9402 2438 6249 8802 82

2. Article Number *(Transfer from service label)*

7016 2710 0001 1852 3396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *James J. [signature]*   ☒ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt