# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ANDREA BROOKS,                          )
                                        )       Case No.:  17CV40049-TSH
     Plaintiff                   )
                                        )
     v.                          )
                                        )
NEW HAMPSHIRE FAMILY COURT,             )
  WILLIAM A. D'ERRICO, JR., ET AL,     )
                                        )
     Defendants.                 )
                                        )

## APPEARANCE

| APPEARANCE | WITHDRAWAL |
|---|---|
| Please enter my appearance as Counsel for <u>William A. D'Errico, Jr.;</u> | Please withdraw my appearance as Counsel for: |
| ☐ Pro se | Notice of Withdrawal sent to my clients on: |
| at the following address: | |

Date:  <u>May 12, 2017</u>

_Attorney's signature_

<u>Cynthia P. Gilman, BBO No. 635457</u>
*Printed name and bar number*
<u>38 W. Brook Street</u>
<u>Manchester, NH 03101</u>
*Address*

<u>cpgilman@cpgilmanlaw.com</u>
*E-mail address*
<u>(603) 623-1222</u>
*Telephone number*
<u>(603) 623-1344</u>
*Fax number*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT THIS Appearance was served on the following persons on this date and in the manner specified herein:

Via first class mail:

Andrea Brooks, Plaintiff, 96 Old County Road, Winchendon, MA 01475

Kenneth Sansone, Esquire, New Hampshire Department of Justice, Office of Attorney General, 33 Capital Street, Concord, NH 03301

_____  May 12, 2017  _____

Date

Signature