USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of ~~New Hampshire~~
Massachusetts

| | |
|---|---|
| Andrea Brooks ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  17-cv-40049-TSH |
| NH Family Court, 9th Circuit, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NH Family Court, 9th Circuit/Judge Michael J. Ryan.

Date:   05/23/2017

/s/ Kenneth A. Sansone
*Attorney's signature*

Kenneth A. Sansone, BBO #647457
*Printed name and bar number*

33 Capitol Street
Concord, NH  03301

*Address*

kenneth.sansone@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Andrea Brooks
96 Old County Road, Winchendon, MA  01475

| | |
|---|---|
| 05/23/2017 | /s/ Kenneth A. Sansone |
| Date | Signature |