UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Andrea Brooks,                           \*
    Plaintiff                              \*
                                            \*
v.                                       \*    Civil No. 17-cv-40049-TSH
                                            \*
New Hampshire Family Court, 9th Circuit  \*
And William Albert D'Errico, Jr.,        \*
    Defendants                             \*
                                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANDREA BROOKS PLAINTIFF'S MOTION FOR JOINT DECISION MAKING/SHARED CUSTODY

A hearing was held in New Hampshire Family Court May 31, 2017. Judge Julie Introcaso issued orders June 1, 2017 stating the child would NOT be harmed by overnight visits.

**PLAINTIFF seeks Parenting Time as Follows:**
    DURING THE SCHOOL YEAR (September through June)
        1st, 3rd, and 5th Fridays from school pick-up to Monday school drop-off
        (Tuesday drop-off if holiday weekend)
        Mother's Day
            PLAINTIFF shall have parenting time from 6pm the previous day to
            Monday school drop-off
        Father's Day
            PLAINTIFF agrees to trade weekends if Father's Day occurs on
        PLAINTIFF's weekend
        Thanksgiving Vacation
            During the even years PLAINTIFF shall pick child up at school and have
            Parenting Time for the duration of Thanksgiving vacation (drop off at
            school)
        Christmas Vacation
            During the odd years PLAINTIFF shall pick child up at school and have
            Parenting Time for the duration of Christmas vacation (drop off at school)
            PLAINTIFF shall also have Parenting Time during the even years from
            December 27 through the end of vacation (drop off at school)
        February and April school vacations
            PLAINTIFF shall have Parenting Time during week-long school vacations
            (weekend schedule stays the same. Friday or Sunday 3pm transition)
    SUMMER VACATION (July and August)

      Alternate Parenting Time every two weeks. PLAINTIFF's parenting time starts at the beginning of July. Every other Sunday 3PM transition at Milford NH Police Station

  PICKUP and DROP OFF to occur at child's school. Transition between parents to occur at Milford NH Police Station.

**WHEREFORE**, the PLAINTIFF respectfully requests that this Honorable Court:
 A. Grant PLAINTIFF shared legal custody (shared decision-making responsibility) of minor child (WAD)
 B. Grant PLAINTIFF shared physical custody (shared residential responsibility) of minor child (WAD)
   a. Allowing Andrea Brooks (PLAINTIFF) parenting time as outlined in the schedule above.

                   Respectfully Submitted,

                   *[signature]*

                   Andrea Brooks (pro se)

                   July 25 2017