# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brooks,<br>      Plaintiff,<br><br>    V.<br><br>New Hampshire Family Court, et al.,<br>      Defendants, | CIVIL ACTION<br><br>NO. 17-40049-TSH |

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Order dated 7/26/17, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                              By the Court,

    7/26/17                                        /s/ Martin Castles
      Date                                                Deputy Clerk